IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUBEN LOERA GRANADOS,  §  <br>    Plaintiff  § <br> § <br> V.    § <br> § <br> MICHAEL J. PURDY, ET AL.,  § <br>    Defendants.  § | C.A. NO. C-04-679 |

### ORDER SETTING DEADLINE FOR FILING JOINT PRETRIAL ORDER

Discovery has closed.  No party filed a dispositive motion.  Trial will be scheduled upon receipt of the parties' joint pretrial order.  The parties' joint pretrial order is due no later than **Friday,March 31, 2006.**

Defendant Ruano will be responsible for the filing of the joint pretrial order, executed by the party *pro se* or the attorney-in-charge, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (2000).  Defendant shall allow plaintiff at least **twenty (20) working days** for review and contribution.  A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures.  Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place.  Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.  The Clerk shall mail to plaintiff a copy of the form appearing at Appendix B of the Local Rules.

Leave of court is required to reopen discovery, amend pleadings, join parties, designate witnesses, or file further dispositive motions.

ORDERED this 9th day of February, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE